NOBLE DAVIDSON V. THE STATE.

No. 21957. Delivered February 18, 1942.

The opinion states the case.

*Polk Shelton,* of Austin, for the appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The record is before us without any caption or certificate showing when the term of court convened and when it ended. We find among the papers of the case some typewritten copies evidently intended to show this fact, but they are not connected with the transcript and are not certified to by anyone. They will not be considered.

The appeal is dismissed.